**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

|  |  |
|---|---|
| **SEWARD,** | |
| **Plaintiff,** | |
| -against- | 1:20-cv-09251 (ALC) |
| **ANTONINI, ET AL.,** | **ORDER TO SHOW CAUSE** |
| **Defendants.** | |

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/9/2020

**ANDREW L. CARTER, JR., United States District Judge:**

The Complaint in this matter relates to alleged misconduct by the Mount Vernon Police Department allegedly perpetrated against residents of Mount Vernon. ECF No. 1. Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this action should not be reassigned to White Plains pursuant to Local Rules for the Division of Business Among District Judges 18 and 19. Such showing should be made by written response by **November 23, 2020**.

**SO ORDERED.**
Dated:  November 9, 2020
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**