UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALAN SEWARD,

                                         Plaintiff,

     -against-

                                  **20-CV-9251 (ALC)**

DET. CAMILO R. ANTONINI, Badge No. D111;
DET. SGT. SEAN J. FEGAN, Badge No. DS001;
THE CITY OF MOUNT VERNON, SGT. JOSE
QUINOY, Badge No. 11; P.O. PATRICK KING,
Badge No. 2113; P.O. SEBASTIAN SALAZAR,        **NOTICE OF**
Badge No. 2148; P.O. ROBERT F. KRESSMAN,      **APPEARANCE**
Badge No. 2114; P.O. MICHAEL HUTCHINS,
Badge No. 2054; P.O. RAVIN PALMER,
Badge No. 2136; P.O. JOSEPH VALENTE;
POLICE COMMISSIONER SHAWN HARRIS;
POLICE COMMISSIONER GLENN SCOTT;
and unidentified Mount Vernon
Police Department employees and officers,

                                     Defendants.
------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that **Andrew C. Quinn, Esq.** of **The Quinn Law Firm, PLLC** does hereby enter his appearance on behalf of Defendants, DET. CAMILO R. ANTONINI, Badge No. D111; DET. SGT. SEAN J. FEGAN, Badge No. DS001; THE CITY OF MOUNT VERNON, SGT. JOSE QUINOY, Badge No. 11; P.O. PATRICK KING, Badge No. 2113; P.O. SEBASTIAN SALAZAR, Badge No. 2148; P.O. ROBERT F. KRESSMAN, Badge No. 2114; P.O. MICHAEL HUTCHINS, Badge No. 2054; P.O. RAVIN PALMER, Badge No. 2136; P.O. JOSEPH VALENTE; POLICE COMMISSIONER SHAWN HARRIS; POLICE COMMISSIONER GLENN SCOTT; and unidentified Mount Vernon Police Department employees and officers, in the above-captioned matter.

Dated: White Plains, New York
       November 18, 2020

Respectfully submitted,

THE QUINN LAW FIRM

By: *Andrew C. Quinn*
Andrew C. Quinn (AQ 4059)
399 Knollwood Road, Suite 220
White Plains, New York 10603
Tel: (914) 997-0555
Fax: (914) 997-0550
aquinn@quinnlawny.com