```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALAN SEWARD,

                        Plaintiff,

        -against-                                    20-CV-9251 (ALC)

DET. CAMILO R. ANTONINI, Badge No. D111;
DET. SGT. SEAN J. FEGAN, Badge No. DS001;
THE CITY OF MOUNT VERNON, SGT. JOSE
QUINOY, Badge No. 11; P.O. PATRICK KING,
Badge No. 2113; P.O. SEBASTIAN SALAZAR,           NOTICE OF
Badge No. 2148; P.O. ROBERT F. KRESSMAN,          APPEARANCE
Badge No. 2114; P.O. MICHAEL HUTCHINS,
Badge No. 2054; P.O. RAVIN PALMER,
Badge No. 2136; P.O. JOSEPH VALENTE;
POLICE COMMISSIONER SHAWN HARRIS;
POLICE COMMISSIONER GLENN SCOTT;
and unidentified Mount Vernon
Police Department employees and officers,

                        Defendants.
------------------------------------------------------------------X
```

**PLEASE TAKE NOTICE** that **Anthony J. DiFiore, Esq.** of **The Quinn Law Firm, PLLC** does hereby enter his appearance on behalf of Defendants, DET. CAMILO R. ANTONINI, Badge No. D111; DET. SGT. SEAN J. FEGAN, Badge No. DS001; THE CITY OF MOUNT VERNON, SGT. JOSE QUINOY, Badge No. 11; P.O. PATRICK KING, Badge No. 2113; P.O. SEBASTIAN SALAZAR, Badge No. 2148; P.O. ROBERT F. KRESSMAN, Badge No. 2114; P.O. MICHAEL HUTCHINS, Badge No. 2054; P.O. RAVIN PALMER, Badge No. 2136; P.O. JOSEPH VALENTE; POLICE COMMISSIONER SHAWN HARRIS; POLICE COMMISSIONER GLENN SCOTT; and unidentified Mount Vernon Police Department employees and officers, in the above-captioned matter.

Dated: White Plains, New York
       November 18, 2020

                                  Respectfully submitted,

                                  THE QUINN LAW FIRM

By:   *Anthony J. DiFiore*
          Anthony J. DiFiore (AD 7956)
          399 Knollwood Road, Suite 220
          White Plains, New York 10603
          Tel: (914) 997-0555
          Fax: (914) 997-0550
          adifiore@quinnlawny.com