UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALAN SEWARD,

                                         Plaintiff,

          -against-

                                                                              **20-CV-9251 (ALC)**

DET. CAMILO R. ANTONINI, Badge No. D111;
DET. SGT. SEAN J. FEGAN, Badge No. DS001;
THE CITY OF MOUNT VERNON, SGT. JOSE
QUINOY, Badge No. 11; P.O. PATRICK KING,
Badge No. 2113; P.O. SEBASTIAN SALAZAR,                          **NOTICE OF**
Badge No. 2148; P.O. ROBERT F. KRESSMAN,                         **APPEARANCE**
Badge No. 2114; P.O. MICHAEL HUTCHINS,
Badge No. 2054; P.O. RAVIN PALMER,
Badge No. 2136; P.O. JOSEPH VALENTE;
POLICE COMMISSIONER SHAWN HARRIS;
POLICE COMMISSIONER GLENN SCOTT;
and unidentified Mount Vernon
Police Department employees and officers,

                                         Defendants.
-------------------------------------------------------------------X

   **PLEASE TAKE NOTICE** that **Steven J. Bushnell, Esq.** of **The Quinn Law**

**Firm, PLLC** does hereby enter his appearance on behalf of Defendants, DET. CAMILO

R. ANTONINI, Badge No. D111; DET. SGT. SEAN J. FEGAN, Badge No. DS001; THE

CITY OF MOUNT VERNON, SGT. JOSE QUINOY, Badge No. 11; P.O. PATRICK

KING, Badge No. 2113; P.O. SEBASTIAN SALAZAR, Badge No. 2148; P.O. ROBERT

F. KRESSMAN, Badge No. 2114; P.O. MICHAEL HUTCHINS, Badge No. 2054; P.O.

RAVIN PALMER, Badge No. 2136; P.O. JOSEPH VALENTE; POLICE

COMMISSIONER SHAWN HARRIS; POLICE COMMISSIONER GLENN SCOTT;

and unidentified Mount Vernon Police Department employees and officers, in the above-

captioned matter.

Dated: White Plains, New York
      November 18, 2020

                  Respectfully submitted,

                  THE QUINN LAW FIRM

By:    *Steven J. Bushnell*
           Steven J. Bushnell (SB 4944)
           399 Knollwood Road, Suite 220
           White Plains, New York 10603
           Tel: (914) 997-0555
           Fax: (914) 997-0550
           sbushnell@quinnlawny.com