UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALAN SEWARD,

                              Plaintiff,

    -against-                                      **20-CV-9251 (ALC)**

DET. CAMILO R. ANTONINI, Badge No. D111;
DET. SGT. SEAN J. FEGAN, Badge No. DS001;
THE CITY OF MOUNT VERNON, SGT. JOSE
QUINOY, Badge No. 11; P.O. PATRICK KING,
Badge No. 2113; P.O. SEBASTIAN SALAZAR,        **NOTICE OF**
Badge No. 2148; P.O. ROBERT F. KRESSMAN,        **APPEARANCE**
Badge No. 2114; P.O. MICHAEL HUTCHINS,
Badge No. 2054; P.O. RAVIN PALMER,
Badge No. 2136; P.O. JOSEPH VALENTE;
POLICE COMMISSIONER SHAWN HARRIS;
POLICE COMMISSIONER GLENN SCOTT;
and unidentified Mount Vernon
Police Department employees and officers,

                              Defendants.
------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that **Matthew K. Schieffer, Esq.** of **The Quinn Law Firm, PLLC** does hereby enter his appearance on behalf of Defendants, DET. CAMILO R. ANTONINI, Badge No. D111; DET. SGT. SEAN J. FEGAN, Badge No. DS001; THE CITY OF MOUNT VERNON, SGT. JOSE QUINOY, Badge No. 11; P.O. PATRICK KING, Badge No. 2113; P.O. SEBASTIAN SALAZAR, Badge No. 2148; P.O. ROBERT F. KRESSMAN, Badge No. 2114; P.O. MICHAEL HUTCHINS, Badge No. 2054; P.O. RAVIN PALMER, Badge No. 2136; P.O. JOSEPH VALENTE; POLICE COMMISSIONER SHAWN HARRIS; POLICE COMMISSIONER GLENN SCOTT; and unidentified Mount Vernon Police Department employees and officers, in the above-captioned matter.

Dated: White Plains, New York
November 18, 2020

                    Respectfully submitted,

                    THE QUINN LAW FIRM

By: *Matthew K. Schieffer*
      Matthew K. Schieffer (MS 4043)
      399 Knollwood Road, Suite 220
      White Plains, New York 10603
      Tel: (914) 997-0555
      Fax: (914) 997-0550
      mschieffer@quinnlawny.com