IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ALAN SEWARD                          )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )    No.1:20-CV-09251-ALC
                                     )
                                     )    JURY TRIAL DEMANDED
DET. CAMILO R. ANTONINI, et al.,     )
                                     )
        Defendants.                  )
```

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE [DKT. 4]

NOW COMES Plaintiff, ALAN SEWARD, by and through his attorneys, LOEVY & LOEVY, and respectfully responds to this Court's Order to Show Cause [Dkt. 4]. Plaintiff states as follows:

1. On November 4, 2020, Plaintiff filed his complaint and civil cover sheet in this matter. [Dkts. 1 & 2].

2. On November 5, 2020, undersigned counsel received a notification of deficiency with the civil cover sheet and promptly refiled the civil cover sheet. {Dkt. 3].

3. Due to an inadvertent administrative error, the box for "Manhattan" rather than "White Plains" was selected on our civil cover sheet.

4. Plaintiff's counsel agrees that the case should be assigned to the White Plains Division of the United States District Court, Southern District of New York, pursuant to Local

Rules for the Division of Business Among District Judges 18 and 19.

5. Undersigned counsel apologizes to the Court for this error.

WHEREFORE, Plaintiff respectfully agrees to have his complaint assigned to the White Plains Division pursuant to Local Rules for the Division of Business Among District Judges 18 and 19.

RESPECTFULLY SUBMITTED,


/s/ Karen A. Newirth
LOEVY & LOEVY
Attorneys for Plaintiff
311 N. Aberdeen Street   Third Floor
Chicago, IL 60607
(718) 490-0028

**CERTIFICATE OF SERVICE**

I, Karen Newirth, an attorney, certify that on November 20, 2020, I filed a copy of the foregoing Response via the Court's CM/ECF filing system and thereby served a copy on all counsel of record.

/s/ Karen A. Newirth