```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT
                                            ELECTRONICALLY FILED
------------------------------------------x DOC#: _____
  SEWARD,                                :  DATE FILED: 11/24/2020
                                         :
                             Plaintiff,  :
                                         :  1:20-cv-09251 (ALC)
       -against-                         :
                                         :  TRANSFER ORDER
  DET. CAMILO R. ANTONINI, ET AL.,       :
                                         :
                             Defendants. :
------------------------------------------x
```

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff brings this action pursuant to 42 U.S.C. § 1983, alleging constitutional violations by the Police Department of Mt. Vernon, New York. On November 9, 2020, the Court ordered Plaintiff to show cause why this case should not be reassigned to White Plains pursuant to Local Rules for the Division of Business Among District Judges 18 and 19. ECF No. 4. On November 20, 2020, Plaintiff responded that it agreed reassignment to White Plains is required by these rules. ECF No. 22.

      Therefore, the Court hereby transfers this matter to White Plains pursuant to Local Rules for the Division of Business Among District Judges 18 and 19.

**SO ORDERED.**

**Dated:** November 24, 2020  
       New York, New York

                                                  **ANDREW L. CARTER, JR.**  
                                                  **United States District Judge**