UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN SEWARD,<br><br>        Plaintiffs,<br><br> v.<br><br>DET. CAMILO R. ANTONINI, et al.,<br><br>        Defendants. | 20-cv-09251-KMK<br><br>**MOTION TO WITHDRAW** |

NOW COMES Plaintiff, ALAN SEWARD, by and through his attorneys, LOEVY & LOEVY, and hereby seeks leave of the Court to withdraw attorney Tara Thompson as counsel for Plaintiff Alan Seward. Pursuant to L.R. 1.4 and in support, Plaintiff states as follows:

 1. Ms. Thompson has concluded her employment at Loevy & Loevy, the firm representing Plaintiff, Alan Seward.

 2. Plaintiff will continue to be represented by Karen Newirth of Loevy & Loevy.

 3. No party will be prejudiced if Ms. Thompson is permitted to withdraw her appearance in this matter.

 WHEREFORE, Plaintiff respectfully requests the court enter an order permitting her to withdraw her appearance as counsel in this matter.

Dated: April 8, 2021

                   Respectfully submitted,

                   s/ Karen Newirth
                   *Attorney for Plaintiff*

Karen Newirth
LOEVY & LOEVY
311 North Aberdeen Street
Chicago, IL 60607

## CERTIFICATE OF SERVICE

I, Karen Newirth, an attorney, hereby certify that on April 8, 2021, I filed the foregoing motion using the Court's CM/ECF system, which effectuated service on all counsel of record.

/s/ Karen Newirth
*Attorney for Plaintiff*
