# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

Kelly Jo Popkin
popkin@loevy.com
direct 312.789.4970

April 1, 2022

**MEMO ENDORSED**

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *Seward v. Det. Camilio R. Antonini, et al*, No. 20-cv-9251 (KMK) (PED)

Dear Judge Karas:

Today Plaintiff filed a reply to Dkt. No. 82, Defendants' opposition to Plaintiff's Rule 72 objections to Magistrate Judge Davison's order denying Plaintiff's motion seeking to compel the following: (1) de-designation of the search warrant affidavit relevant to this case, which was produced by Defendants on an Attorney's Eyes Only basis; and (2) disclosure of a confidential informant's identity relevant to the claims in this case and the rebut of Defendants' defenses. Plaintiff respectfully moves this Court for the entry of an Order granting Plaintiff permission to file under seal an unredacted copy of Plaintiff's Reply, along with its attached Exhibits A and B. Plaintiff requests to file these documents under seal because Defendants have asserted the law enforcement/informer's privilege over portions of the search warrant affidavit (Exhibit B) and the identity of the confidential informant it references. Exhibit A, the hearing transcript, was also designated as confidential and under seal because it contains this same information that the Defendants have asserted a privilege.

Plaintiff has conferred with counsel for the Defendants, and they do not oppose Plaintiff's letter motion to file his reply and exhibits under seal.

Thank you for your attention in this matter.

Granted.
So Ordered.
/s/
4/1/22

Respectfully submitted,

Kelly Jo Popkin
Loevy & Loevy

WWW.LOEVY.COM                              main 312.243.5900 | fax 312.243.5902