

**399 KNOLLWOOD ROAD, SUITE 220**
**WHITE PLAINS, NEW YORK 10603**
Tel: 914.997.0555
Fax: 914.997.0550

**35 Worth Street**
**New York, NY 10013**
Tel: 646.398.3909

May 26, 2022

*Via ECF*
Hon. Kenneth M. Karas
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re:   **Alan Seward v. Det. Camilo R. Antonini, et al.**
       **20-cv-9251 (KMK)(PED)**

Dear Judge Karas:

As you are aware, the undersigned and The Quinn Law Firm, PLLC represent Defendants in the above-referenced matter. Defendants write in response to Plaintiff's motion to compel the City of Mount Vernon to produce documents related to Plaintiff's third set of requests for production. (Dkt. Nos. 100-101).

Defendants oppose Plaintiff's motion as moot in light of the Court's Memo Endorsement on May 11, 2022 (Dkt. No. 99) finding prejudice to Defendants and certifying the close of fact discovery. Given the Court's prior discovery ruling, Defendants respectfully seek guidance on whether the Court requires a formal response to Plaintiff's motion to compel.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

The Quinn Law Firm, PLLC

*Andrew Quinn*

Andrew C. Quinn, Esq.

cc:   All Counsel *via ECF*

Plaintiff's Motion to Compel is denied. As Defendants correctly point out, the Court already denied Plaintiff's application to extend discovery deadlines to accommodate the discovery he is seeking, finding that the complications which form the basis of Plaintiff's requests were entirely foreseeable, that Plaintiff was not diligent in pursuing the discovery, and that extending the discovery deadlines will cause prejudice to Defendants, (*see* Dkt. No. 99). The Court therefore found that "discovery will close as scheduled." (*Id.*) Additionally, prior to that, the Court granted the Parties' fourth request to extend the fact discovery deadline "on the promise that this request will not affect any other deadlines and will not be repeated." (Dkt. No. 90.)

SO ORDERED
KENNETH M. KARAS U.S.D.J.
July 18, 2022