

**THE QUINN LAW FIRM**

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

35 Worth Street
New York, NY 10013
Tel: 646.398.3909

MEMO ENDORSED

September 30, 2022

*Via ECF*
Hon. Kenneth M. Karas
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    **Alan Seward v. Det. Camilo R. Antonini, et al.**
                **20-cv-9251 (KMK)(PED)**

Dear Judge Karas:

The Quinn Law Firm represents Defendants in the above-referenced matter. We are writing for permission to file an exhibit in support of Defendants' motion for summary judgment under seal.

The exhibit, which will be labeled Defendants Exhibit I-1, consists of a brief declaration from Det. Robert G. Puff which details practices and record keeping concerning controlled purchases of narcotics by confidential informants (and the controlled purchase of crack cocaine which took place in this case), along with an unredacted copy of the affidavit that Det. Puff signed in support of his application for a search warrant to search plaintiff and subject premises at issue. These documents contain sensitive information concerning law enforcement techniques, practices and procedures involving confidential informants, and we submit should be filed under seal.

Plaintiff's attorneys consent to this application.

Respectfully submitted,

The Quinn Law Firm, PLLC

*[signature]*

Lalit K. Loomba

Granted.
So Ordered.
*[signature]*
9/30/22

cc:    All Counsel *via ECF*

www.quinnlawny.com