# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

Heather L. Donnell
heather@loevy.com
direct 312.789.4970

December 2, 2022

*Via* ECF
The Honorable Kenneth M. Karas
United States Magistrate Judge
300 Quarropas Street
White Plains, New York 1060

**MEMO ENDORSED**

Re: *Alan Seward v. Det. Camilo R. Antonini, et al,* No. 20-cv-9251 (KMK) (PED)

Dear Judge Karas:

Plaintiff respectfully moves the Court for permission to file under seal three exhibits in opposition to Defendants' motion for partial summary judgment. The exhibits consist of: (1) Defendant, Robert Puff's ("Defendant Puff") unredacted search warrant affidavit for search of Alan Seward; (2) Defendant Puff's text message communications with a confidential informant; and (3) Mount Vernon Police Department receipts pertaining to drug purchases by the confidential informant. According to Defendants, the documents contain sensitive information pertaining to law enforcement techniques and to the confidential informant, and therefore should be filed under seal. In advance of filing this motion, Plaintiff has conferred with counsel for Defendants and Defendants do not oppose Plaintiff's motion to file the three exhibits under seal.

Thank you for your attention in this matter.

Sincerely,

*Heather Donnell*

Heather Lewis Donnell

cc: All Counsel of Record via ECF

Plaintiff's request to conditionally seal these materials is granted. Plaintiff shall file a motion to permanently seal the appropriate materials by no later than December 12, 2022.

SO ORDERED.

*/s/ KMK*

12/5/2022

WWW.LOEVY.COM                                        main 312.243.5900 | fax 312.243.5902