# LOEVY & LOEVY

Heather L. Donnell
heather@loevy.com
direct 312.789.4970

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

December 12, 2022

*Via* ECF
The Honorable Kenneth M. Karas
United States Magistrate Judge
300 Quarropas Street
White Plains, New York 1060

Re:   *Alan Seward v. Det. Camilo R. Antonini, et al,* No. 20-cv-9251 (KMK) (PED)

Dear Judge Karas:

On December 2, 2022, Plaintiff filed a letter motion to seal three exhibits in opposition to Defendants' motion for partial summary judgement (dkt. 131). The Court granted this motion on December 8, 2022, (dkt. 136) and included an Order for Plaintiff to file a motion to permanently seal the appropriate materials by December 12, 2022. Plaintiff respectfully moves the Court for permission to permanently seal the three exhibits in opposition to Defendants' motion for partial summary judgment (dkt. 135-10,135-12 and 135-13). The exhibits consist of: (1) Defendant, Robert Puff's ("Defendant Puff") unredacted search warrant affidavit for search of Alan Seward; (2) Defendant Puff's text message communications with a confidential informant; and (3) Mount Vernon Police Department receipts pertaining to drug purchases by the confidential informant. According to Defendants, the documents contain sensitive information pertaining to law enforcement techniques and to the confidential informant, and therefore should be filed under seal permanently. In advance of filing this motion, Plaintiff has conferred with counsel for Defendants and Defendants do not oppose Plaintiff's motion to permanently file the three exhibits under seal.

Thank you for your attention in this matter.

Plaintiff's request to permanently seal the conditionally sealed materials is overbroad. Plaintiff seeks to seal the entirety of these three exhibits because they involve sensitive information pertaining to law enforcement techniques and to the confidential informant. However, the Court finds that any concerns can be handled via the redaction of any such information within the exhibits, rather than sealing the entire exhibits.  Plaintiff is to propose redactions by no later than December 21, 2022.

Sincerely,

Heather Lewis Donnell

cc: All Counsel of Record via ECF

SO ORDERED.

12/14/2022