AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Alan Seward | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  20-cv-09251-KMK-PED |
| Detective Camilo Antonini, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Alan Seward.

Date:   11/15/2023

/s/Tara Thompson
*Attorney's signature*

Tara Thompson 5872700
*Printed name and bar number*

Loevy & Loevy
311 N. Aberdeden, Floor 3
Chicago, IL 60607
*Address*

tara@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*