

# LOEVY + LOEVY

**MEMO ENDORSED**

311 N. Aberdeen Street
Chicago, Illinois 60607
(312) 243-5900
www.loevy.com

April 12, 2024

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Court for the Southern District
of New York
300 Quarropas Street
White Plains, New York 10601-4150

      RE: *Seward v. Det. Camilio R. Antonini, et al*, No. 7:20-cv-9251-KMK

Dear Honorable Judge Karas:

      Plaintiff respectfully moves the Court for permission to file under seal exhibits in support of Plaintiff's motions *in limine*. The exhibits consist of: (1) the confidential portion of Detective Robert Puff's deposition from January 13, 2022 which is also part of Plaintiff's Trial Exhibit 35 and (3) the May 9, 2023 Letter from District Attorney Miriam Rocah regarding the decision to dismiss a criminal charge pertaining to a 2017 narcotics investigation.[1] The documents contain information pertaining to civilian complaints, law enforcement techniques, and confidential correspondence and therefore should be filed under seal at his time.

      Thank you for your attention in this matter.

Granted.

The Clerk of Court is asked to terminate the pending letter motion.

SO ORDERED.   /s/ KMK   4/26/24

Sincerely,

*Heather Lewis Donnell*

Heather Lewis Donnell

cc: All Counsel of Record via ECF

---

[1] The May 9, 2023 Letter from District Attorney Rocah was inadvertently left off Plaintiff's exhibit list on the pretrial order the Parties submitted last week. Plaintiff's motion *in limine* No. 3 seeks to include this letter as Plaintiff's Trial Exhibit 81, if the Court denies Plaintiff's motion.