UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALAN SEWARD,

                                Plaintiff,

        v.

DET. CAMILO R. ANTONINI, *et al.*,

                                Defendants.

No. 20-CV-9251 (KMK)

<u>ORDER</u>

KENNETH M. KARAS, United States District Judge:

        For the reasons stated on the record during the Final Pretrial Conference on May 3, 2024—and during the trial in this case on May 6 and 7, 2024—the Court denies Defendants' motion to bifurcate, and grants in part and denies in part the Parties' motions in limine.  The Clerk of Court is respectfully directed to terminate the pending motions.  (*See* Dkt. Nos. 152, 163, and 166.)

SO ORDERED.

Dated:   May 7, 2024
         White Plains, New York

                                                        _____
                                                        KENNETH M. KARAS
                                                        United States District Judge