UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALAN SEWARD,

                Plaintiff,

v.

DET. CAMILO R. ANTONINI, *et al.*,

                Defendants.

No. 20-CV-9251 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

    To the extent that Plaintiff intends to pursue his Intentional Infliction of Emotional Distress claim against the City of Mount Vernon pursuant to the doctrine of respondeat superior, the Parties are directed to submit to the Court joint proposed jury instructions for that claim—consistent with the Court's March 20, 2024 Scheduling Order, (*see* Dkt. No. 156)—by no later than 9 a.m. on May 8, 2024.

SO ORDERED.

Dated:   May 7, 2024
          White Plains, New York

                                        KENNETH M. KARAS
                                       United States District Judge