UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

ALAN SEWARD,

                Plaintiff,

-against-

DET. CAMILO R. ANTONINI, et al.,

                Defendants.

-------------------------------------------------------------------- X

Docket No.:
20-CV-9251 (KMK)

**JUDGMENT**

      The above-entitled action having been brought on for trial before the Honorable Kenneth M. Karas, United States District Judge, and a jury on May 6, 2024, on the issues of potential liability of defendants Camillo Antonini, Sean Fegan and the City of Mount Vernon for excessive force, unlawful strip search and/or visual body cavity search and intentional infliction of emotional distress, and at the conclusion of the trial on May 13, 2024, the jury having returned a verdict in favor of ~~the~~ those defendants, and all other claims and defendants named herein having been previously dismissed, it is hereby

      **ORDERED, ADJUDGED AND DECREED:** That judgment is entered in favor of defendants Camillo Antonini, Sean Fegan and the City of Mount Vernon, and the operative First-Amended Complaint (D.E. 28) be and is hereby dismissed, with prejudice.

Dated: White Plains, New York
       July 3, 2024

**SO ORDERED:**

| | |
|---|---|
| /s/ _signature_ <br> **United States District Judge** | DANIEL ORTIZ <br> _signature_ <br> **Acting Clerk of Court** |